UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| United States of America, | |
| Plaintiff, | 1:22-cr-20108 |
| | Judge: Ludington, Thomas L. |
| | MJ: Morris, Patricia T. |
| v. | Filed: 03-01-2022 |
| Eddie Earl Hendrickson, | Violation: 18 U.S.C. § 1349 |
| | (Conspiracy to Commit |
| Defendant. | Financial Institution Fraud) |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
**(Conspiracy to Commit Financial Institution Fraud
in violation of 18 U.S.C. §§ 1344(1) and 1349)**

### GENERAL ALLEGATIONS

At all times relevant to this Information:

    1.    Defendant EDDIE EARL HENDRICKSON was a resident of the State of Michigan, and more particularly, the Eastern District of Michigan.

    2.    PERSON A was a resident of the State of Michigan, and more particularly, the Eastern District of Michigan.

3. PERSON B was a resident of the State of South Carolina.

4. The financial institutions listed in paragraph 10 were financial institutions as defined in 18 U.S.C. § 20 whose deposits were then insured by the Federal Deposit Insurance Corporation.

## THE CONSPIRACY

5. In or about December 2019, and continuing through in or about February 2020, said dates being approximate, in the Eastern District of Michigan, EDDIE EARL HENDRICKSON and PERSON A, a person whose identity is known to the United States Attorney, knowingly and voluntarily combined, conspired, confederated, and agreed together and with each other, to devise a scheme and artifice to defraud various financial institutions in order to obtain money, funds, and property owned by and under the control of the various financial institutions by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Codes, Sections 1344 and 1349.

## OBJECT OF THE CONSPIRACY

6. The object of the conspiracy was for EDDIE EARL HENDRICKSON and PERSON A to enrich themselves by unlawfully

using the identity of PERSON B in order to fraudulently obtain loans for the purchase of off-road vehicles, motorcycles, and motor vehicles.

## MANNER AND MEANS OF THE CONSPIRACY

7. It was part of the conspiracy that PERSON A agreed to obtain, and obtained, without lawful authority, a means of identification of another person, that is, the stolen Social Security Number which rightfully belonged to PERSON B, whose name is very similar to that of EDDIE EARL HENDRICKSON.

8. It was further part of the conspiracy that PERSON A directed EDDIE EARL HENDRICKSON to knowingly and fraudulently present to various financial institutions the stolen Social Security Number of PERSON B as his own, for the purpose of fraudulently obtaining loans to finance the purchase off-road vehicles, motorcycles, and motor vehicles.

9. It was further part of the conspiracy that EDDIE EARL HENDRICKSON knowingly and fraudulently presented to various financial institutions, as his own, the stolen Social Security Number of PERSON B, provided to him by PERSON A, to obtain loans from

various financial institutions to finance the purchase off-road vehicles, motorcycles, and motor vehicles.

10. It was further part of the conspiracy that EDDIE EARL HENDRICKSON, on the dates and in the amounts specified below, knowingly and fraudulently presented to various financial institutions the stolen Social Security Number of PERSON B in order to fraudulently obtain loans for off-road vehicles, motorcycles, and motor vehicles, as set forth as follows:

|    | Date | Vehicle | Vendor | Financial Institution | Loan Amount |
|----|------|---------|--------|----------------------|-------------|
| a. | 12/23/2019 | 2019 Honda CRF 450 (Red/White) | Bay Cycle Sales | American Honda Financial Services | $9,443.89 |
| b. | 12/23/2019 | 2020 Honda TRX 520 (Red/White) | Bay Cycle Sales | American Honda Financial Services | $11,556.47 |
| c. | 12/28/2019 | 2020 Polaris Sportsman 570 | Shiawassee Sports Center | Financial Plus Credit Union, Flint, MI | $9,125.94 |
| d. | 12/28/2019 | 2020 Polaris Sportsman 570 | Shiawassee Sports Center | Financial Plus Credit Union, Flint, MI | $8,437.14 |

4

|    |            |                                      |                                          |                                       |             |
|----|------------|--------------------------------------|------------------------------------------|---------------------------------------|-------------|
| e. | 12/30/2019 | 2012 Jeep Grand Cherokee             | Brighton Chrysler, Dodge, and Jeep       | Case Credit Union                     | $21,658.00  |
| f. | 01/08/2020 | 2020 Polaris Outlaw-Gray/Lime        | Shiawassee Sports Center                 | Security Credit Union                 | $3,719.94   |
| g. | 01/08/2020 | 2020 Polaris Outlaw-Gray/Lime        | Shiawassee Sports Center                 | Security Credit Union                 | $3,719.94   |
| h. | 01/09/2020 | 2015 Ram 1500 Rebel                  | Brighton Chrysler, Dodge, and Jeep       | Case Credit Union                     | $26,267.64  |
| i. | 01/10/2020 | 2018 Dodge Charger                   | Automania LLC                            | PNC Bank                              | $36,468.70  |
| j. | 01/13/2020 | 2019 Honda CRF 450 (Red/White)       | Extreme Dodge/Truck                      | Citizens Bank                         | $36,186.00  |
| k. | 01/14/2020 | 2019 Honda TRX90X                    | Genthe Power Sport                       | Citi Bank                             | $3,796.48   |
| l. | 01/14/2020 | 2019 Honda TRX90X                    | Genthe Power Sport                       | Citi Bank                             | $3,796.48   |
| m. | 01/14/2020 | 2019 Honda CRF 450R                  | Genthe Power Sport                       | American Honda Financial Services     | $10,044.36  |
| n. | 01/31/2020 | 2019 Honda CRF 450RX                 | Bay Cycle Sales                          | American Honda Financial Services     | $12,459.04  |

5

| | | | | | |
|---|---|---|---|---|---|
| o. | 02/18/2020 | 2019 Honda CRF 125FBL | Norde Ride Motor Sports | Citi Bank | $4,400.00 |

11. It was further part of the conspiracy that EDDIE EARL HENDRICKSON made no payments on the above listed loans.

12. It was further part of the conspiracy that after obtaining the vehicles listed above, EDDIE EARL HENDRICKSON and PERSON A would either retain the vehicles or sell the vehicles and keep the profits of their ill-gotten gains.

All in violation of Title 18, United States Code, Sections 1344 and 1349.

## FORFEITURE ALLEGATIONS
### Criminal forfeiture – 18 U.S.C. § 982(a)(2)

Upon being convicted of conspiracy to violate Title 18, United States Code, Section 1344, in violation of Title 18, United States Code, Section 1349, as alleged in this Information, defendant shall forfeit to the United States any property which constitutes, or is derived from, proceeds obtained directly or indirectly as a result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2).

Substitute Assets: If the property described above as being subject to

forfeiture, as a result of any act or omission of defendant:

    (a) Cannot be located upon the exercise of due diligence;

    (b) Has been transferred or sold to, or deposited with, a third party;

    (c) Has been placed beyond the jurisdiction of the Court;

    (d) Has been substantially diminished in value; or

    (e) Has been commingled with other property that cannot be subdivided without difficulty;

It is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek to forfeit any other property of defendant up to the value of the forfeitable property described above.

Money Judgment: Upon being convicted of violating Title 18, United States Code, Section 1344 as alleged in this Information, defendant shall forfeit to the United States a sum of money equal to the amount representing the total amount of proceeds obtained as a result of his violation, pursuant to Federal Rule of Criminal Procedure 32.2, and

Title 18, United States Code, Section 982(a)(2).

                                              DAWN N. ISON
                                              United States Attorney

/s/ Anthony P. Vance                     /s/ J. Michael Buckley
Anthony Vance                             J. Michael Buckley
Assistant United States Attorney     Assistant United States Attorney
Chief, Branch Offices                101 First Street, Suite 200
101 First Street, Suite 200         Bay City, MI 48708
Bay City, MI 48708                 (989) 895-5712
(989) 895-5712                      michael.buckley@usdoj.gov
Anthony.vance@usdoj.gov

                                              /s/ William J. Vailliencourt, Jr.
                                              William J. Vailliencourt, Jr.
                                              Assistant United States Attorney
                                              101 First Street, Suite 200
                                              Bay City, MI 48708
                                              (989) 895-5712
                                              William.vailliencourt@usdoj.gov

Dated: February 28, 2022

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes  ☒ No | **AUSA's Initials:** JMB |

**Case Title:** USA v. Eddie Earl Hendrickson

**County where offense occurred:** Bay

**Check One:**  ☒ Felony  ☐ Misdemeanor  ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 21-mj-30395 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 28, 2022
Date

s/J. Michael Buckley
J. Michael Buckley
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-269-4706
Fax: 989-895-5790
E-Mail address: michael.buckley@usdoj.gov
Attorney Bar #: P 36167

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.