UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

United States of America,

    Plaintiff,

v.

Eddie Earl Hendrickson,

    Defendant.

Case No. 22-cr-20108

Hon. Thomas L. Ludington

Mag. Judge Patricia T. Morris

## WAIVER OF INDICTMENT

I, Eddie Earl Hendrickson, the defendant in this case, understand that I am being charged with the following felony: conspiracy to commit financial institution fraud, contrary to Title 18, United States Code, Sections 1349 and 1344.

I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that

the prosecution may be brought by information instead of by indictment.

                                               *Eddie Hendrickson* (signature)
Eddie Earl Hendrickson
Defendant (w/ permission)

                                               (signature)
Haralambos D. Mihas
Attorney for Defendant

Dated: 3/12/2022