UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

United States of America,

    Plaintiff,

v.

Eddie Earl Hendrickson,

    Defendant.
_____/

Case No. 22-cr-20108

Hon. Thomas L. Ludington
Magistrate Judge Patricia T. Morris

## Consent to Enter Guilty Plea
### Before a United States Magistrate Judge

The Defendant voluntarily consents to permit United States Magistrate Judge Morris to conduct a plea hearing according to the procedures outlined in Rule 11 of the Federal Rules of Criminal Procedure. The Defendant understands that if the plea of guilty is accepted by United States District Judge Ludington, Judge Ludington will decide whether to accept or reject any Rule 11 plea agreement and will adjudicate guilt and impose sentence.

_____  Date: 3/12/2022
Defendant (w/ permission)

_____  Date: 3/12/2022
Defense Counsel

_____  Date: March 7, 2022
Assistant United States Attorney